UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JON MAJOR,<br><br>                Petitioner,<br><br>   v.<br><br>CHERYL STRANGE,<br><br>                Respondent. | Case No.3:23-cv-05307-TMC<br><br>ORDER DISMISSING ACTION |

Before the Court is the Report and Recommendation ("R&R") of the Honorable Michelle L. Peterson, United States Magistrate Judge, which recommends dismissal of Petitioner Jon Major's third amended petition for writ of habeas corpus under the "fugitive entitlement doctrine," pursuant to which courts may "dismiss an appeal or writ in a criminal matter when the party seeking relief is a fugitive." *Degens v. United States*, 517 U.S. 820, 823 (1996). No party has objected to the R&R, which is now ripe for the Court's consideration. *See* Dkt. 47 at 11. Petitioner requested an extension of time for him to surrender, which was granted, Dkt. 52, but he did not surrender. *See* Dkt. 53. After reviewing the briefing of the parties and the remaining record, the Court hereby finds and ORDERS:

      (1)    The Report and Recommendation is approved and adopted.

ORDER DISMISSING ACTION
PAGE - 1

(2)     Petitioner's third amended petition for writ of habeas corpus (Dkt. 18), and this action, are DISMISSED without prejudice under the fugitive disentitlement doctrine.

(3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(4)     The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Michelle L. Peterson.

DATED this 21st day of December, 2023.

Tiffany M. Cartwright
United States District Court Judge